**Robert A. BIEBER, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

**No. 01–3058.**

United States Court of Appeals, Federal Circuit.

Aug. 17, 2001.

ORDER GRANTING MOTION TO REINSTATE APPEAL

Comes now the Court, pursuant to the Petitioner's motion to reinstate the appeal and for good cause shown, and hereby SUSTAINS said motion, and orders that said Appeal shall be reinstated effective this 7th day of August, 2001, and further orders that the appendix submitted by the Petitioner shall be deemed filed as of said date.

BE IT SO ORDERED.